IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CHARLES SIMPSON, TANISHA JACKSON, and PAIGE JACKSON

        Defendant.

Criminal No. 21-0370
ELECTRONICALLY FILED

**HEARING MEMO – Status Conference via Zoom**
Date hearing held: 2/23/22
Before Judge Arthur J. Schwab

| | |
|---|---|
| Counsel for Government | Eric Olshan & Nicole Vasquez Schmidt |
| Counsel for Defendant | Michael DeRiso for Charles Simpson<br>Stanton Levenson & Amy Jones for Tanisha Jackson<br>Meagan Temple for Paige Jackson |
| Court Reporter | Marsia Balobek |
| Law Clerk/Deputy Clerk | LMT/LCK |
| Start time | 9:30 AM |
| End time | 9:45 AM |

**NOTED:**

The Court Schedules the following:

Charles Simpson:    Status Conference or Change of Plea set for 5/19/22 at 10:00 AM
Tanisha Jackson:    Change of Plea set for 5/18/22 at 11:30 AM
Paige Jackson:    Change of Plea set for 5/18/22 at 9:30 AM